## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THOMAS E. MAXWELL,

    Plaintiff,

v.                                                                                  Civ. No. 2:18-00824-GBW-SMV

MARK T. ESPER, in his official capacity as
SECRETARY OF THE ARMY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This matter comes before the Court on Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (Doc. 12). Plaintiff does not oppose this motion and the Court finds good cause to grant it.

IT IS THEREFORE ORDERED THAT the Defendant Mark T. Esper, in his official capacity as Secretary of the Army, shall file an answer or otherwise respond to Plaintiff's Complaint (Doc. 12) by April 29, 2019.

                                                STEPHAN M. VIDMAR
                                                UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted on 03/27/19*
CHRISTOPHER F. JEU
Assistant United States Attorney
*Attorney for Defendant*

*Approved on 03/27/19*
RAUL A. CARRILLO, JR.
*Attorney for Plaintiff*