# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**THOMAS E. MAXWELL,**

    **Plaintiff,**

**v.**                                          **No. 2:18-cv-00824-WJ-SMV**

**MARK T. ESPER, in**
**His Official Capacity as**
**SECRETARY OF THE ARMY,**

    **Defendant.**

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED COMPLAINT

THIS MATTER having come before the Court on the Plaintiff's Motion for Extension of Time to file his Second Amended Complaint, and the Court having reviewed said Motion, and noting that it is unopposed, FINDS that the Motion is well taken and should be grated.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have through and including December 3, 2019 to file his Second Amended Complaint.

_____
U.S. MAGISTRATE JUDGE STEPHAN M. VIDMAR

Submitted by:

**CARRILLO LAW FIRM, P.C.**

 */s/ Raúl A. Carrillo, Jr.*____
Raúl A. Carrillo, Jr. (NM Bar No. 5600)
P.O. Box 457
Las Cruces, NM 88004-0457
Tel: 575/647-3200
Fax: 575/647-1463
raul@carrillolaw.org
*Attorney for Plaintiff*

APPROVED BY:

*Approved via email on December 2, 2019*
Christopher F. Jeu
U.S. Attorney's Office
Post Office Box 607
Albuquerque, NM 87103
Tel: 505/224-1458
Fax: 505/346-7296
christopher.jeu@usdoj.gov
*Attorney for Defendant*