# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

THOMAS E. MAXWELL,

    Plaintiff,

  v.                                                                               No. 2:18-cv-00824-KWR-SMV

RYAN D. MCCARTHY, in
His Official Capacity as
SECRETARY OF THE ARMY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND THE DEADLINE FOR DISCOVERY

This matter comes before the court upon the Plaintiff's Unopposed Motion to Extend the Deadline for Discovery, filed October 30, 2020 (Doc. 68). The Court, having reviewed the motion and being advised in the premises therein, finds that the Motion is well taken and will be granted.

IT IS HEREBY ORDERED:

1.    The deadline for discovery previously set for October 30, 2020 is extended to **December 15, 2020;**

2.    The deadline for discovery motions previously set for November 16, 2020 is extended to **December 31, 2020;**

3.    The deadline for pretrial motions unrelated to discovery previously set for December 4, 2020 is extended to **January 18, 2021;**

4.    The deadline for Plaintiff to submit the Pretrial Order to Defendant previously set for January 29, 2021 is extended to **March 15, 2021**; and

5.    The deadline for Defendant to submit the Pretrial Order to the Court previously set for February 14, 2021 is extended to **March 31, 2021.**

      IT IS SO ORDERED

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted By:

**CARRILLO LAW FIRM, P.C.**

*/s/ Steven E. Jones*
RAÚL A. CARRILLO, JR.
STEVEN E. JONES
*Attorneys for Plaintiff*

Approved By:

JOHN C. ANDERSON
United States Attorney

*/s/ Erin E. Langenwalter via email 11/05/2020*
ERIN E. LANGENWALTER
Assistant United States Attorney
*Attorneys for Defendant*